UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES NICHOLSON,

        Plaintiff,

   v.

D. SANDO,

        Defendant.

Case No. 19-07791 EJD (PR)

**JUDGMENT**

The Court has dismissed all claims against Defendant and granted his motion for summary judgment. Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

**Dated:** 3/8/2021

EDWARD J. DAVILA
United States District Judge

Judgment
PRO-SE\EJD\CR.19\07791Nicholson_judgment